UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RICHARD J. SIPOCZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-00109 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a), and stipulate to the dismissal of the above-captioned action with prejudice. Costs to Plaintiff. Costs paid.

Date:  April 12, 2021

  /s/ David L. Farnbauch
David L. Farnbauch
Sweeney Law Firm
8109-B Lima Road
Fort Wayne, IN  46818
(260) 420-3137
dlf@sweeneylawfirm.com
Counsel for Plaintiff

  /s/ Deborah M. Leonard
Deborah M. Leonard
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Ste. 1500
Hammond, IN  46320
(219) 937-5500
Deborah.Leonard@usdoj.gov
Counsel for Defendant

  /s/ Lauren Waxler
Lauren Waxler
Assistant United States Attorneys
Northern District of Indiana
5400 Federal Plaza, Ste. 1500
Hammond, IN  46320
(219) 937-5500
Lauren.waxler@usdoj.gov
Counsel for Defendant